UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| MARTA TRICKEY, | ) | CIV.  04-5104-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| CONTINENTAL CASUALTY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Dismissal filed by the parties, it is

hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed

on its merits, with prejudice, and without costs or further notice to either

party.

Dated August 18, 2005.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE